**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      John Khoury v. Prentis B. Tomlinson Junior

Appellate case number:   01-16-00006-CV

Trial court case number:  2012-61491

Trial court:                     281st District Court of Harris County

Appellant, John Khoury, has filed an agreed motion to postpone oral argument. We GRANT the motion. The case will be submitted to the panel on Tuesday, December 6, 2016. During the submission conference, the panel will discuss what date, if any, the case should be set for oral argument. The parties will be notified of any date that is chosen.

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                              Acting individually


Date:  December 5, 2016